CHARLES COHEN, Appellant, v. ELMONT CEMETERY, INC.,
Respondent.

Argued March 17, 1942; decided April 23, 1942.

*Paul O'Dwyer* and *Bernard Eilen* for appellant.

*William B. Davis* and *James E. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.